**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION**

In re:
JAT SYSTEMS, INC. § Case No. 1:17-bk-12454-SDR
Debtor(s) § Chapter 7
§
§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Douglas R. Johnson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $26,262.41 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $754,084.43 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $295,534.27 | | |

3) Total gross receipts of $1,049,618.70 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,049,618.70 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $713,879.00 | $800,438.99 | $762,427.41 | $655,341.59 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $294,464.94 | $295,534.27 | $295,534.27 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $18,459.00 | $22,227.47 | $22,227.47 | $22,227.47 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $3,359,059.00 | $6,853,304.38 | $6,546,151.17 | $76,515.37 |
| **TOTAL DISBURSEMENTS** | $4,091,397.00 | $7,970,435.78 | $7,626,340.32 | $1,049,618.70 |

4) This case was originally filed under chapter 11 on 05/26/2017, and it was converted to chapter 7 on 04/20/2018.  The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/21/2021      By: /s/ Douglas R. Johnson
                                          Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Farmland - Warner Bridge Road, Shelbyville, TN C | 1110-000 | $551,118.70 |
| JATKO, LLC, 20% ownership, Valuation Method: Est | 1129-000 | $450,000.00 |
| Tractor - Mihandra 5035. | 1129-000 | $9,000.00 |
| David Bellos  Avoidance action | 1241-000 | $30,000.00 |
| Global Environmental avoidance action | 1241-000 | $4,500.00 |
| Nathan K. Nelson | 1241-000 | $5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,049,618.70** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Ford Motor Credit Company LLC | 4210-000 | $29,753.00 | $26,643.10 | $0.00 | $0.00 |
| 7-3 | FIRST BANK OF TENNESSEE | 4110-000 | $473,126.00 | $531,929.06 | $531,929.06 | $452,873.24 |
| 8S | INTERNAL REVENUE SERVICE, CIO | 4110-000 | $184,500.00 | $126,215.31 | $126,215.31 | $126,215.31 |
| 12 | Coyote Logistics, LLC c/o Barry J. Gammons | 4120-000 | $26,500.00 | $20,766.18 | $20,766.18 | $0.00 |
| 18S | Choice Financial, LLC c/o Harry R. Cash, Esq. Grant, Konvalinka & Harrison, P.C. | 4210-000 | $0.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| 22 | Curt M. Cobb, Clerk and Master BEDFORD COUNTY CHANCERY COURT | 4110-000 | $0.00 | $2,281.58 | $0.00 | $0.00 |
| 23 | Tonya Davis, Trustee | 4110-000 | $0.00 | $2,090.00 | $0.00 | $0.00 |
| 24 | Tonya Davis, Trustee | 4110-000 | $0.00 | $2,032.00 | $0.00 | $0.00 |
| 25 | Tonya Davis, Trustee | 4110-000 | $0.00 | $1,066.95 | $0.00 | $0.00 |
| 26 | Tonya Davis, Trustee | 4110-000 | $0.00 | $1,037.00 | $0.00 | $0.00 |
| 27 | Tonya Davis, Trustee | 4110-000 | $0.00 | $841.25 | $0.00 | $0.00 |
| 28 | Tonya Davis, Trustee | 4110-000 | $0.00 | $818.00 | $0.00 | $0.00 |
| 29 | Curt M. Cobb, Clerk and Master BEDFORD COUNTY CHANCERY COURT | 4110-000 | $0.00 | $1,201.70 | $0.00 | $0.00 |
| 31 | Nissan Motor Acceptance Corporation | 4210-000 | $0.00 | $7,263.82 | $7,263.82 | $0.00 |
| 34 | Jasper Industrial Park, LLC Attn: Don Stansberry | 4210-000 | $0.00 | $75,253.04 | $75,253.04 | $75,253.04 |
| | **TOTAL SECURED** | | **$713,879.00** | **$800,438.99** | **$762,427.41** | **$655,341.59** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Douglas R. Johnson | 2100-000 | NA | $37,185.00 | $37,185.00 | $37,185.00 |
| Trustee, Expenses - Douglas R. Johnson | 2200-000 | NA | $1,663.37 | $1,663.37 | $1,663.37 |
| Attorney for Trustee Fees - Johnson & Mulroony, P.C. | 3110-000 | NA | $93,995.00 | $93,995.00 | $93,995.00 |
| Attorney for Trustee, Expenses - Johnson & Mulroony, P.C. | 3120-000 | NA | $833.60 | $833.60 | $833.60 |
| Auctioneer Fees - Compass Auctions & Real Estate | 3610-000 | NA | $900.00 | $900.00 | $900.00 |
| Auctioneer Fees - Potts Brothers Land and Auction, LLC | 3610-000 | NA | $50,101.70 | $50,101.70 | $50,101.70 |
| Auctioneer Expenses - Potts Brothers Land and Auction, LLC | 3620-000 | NA | $5,000.00 | $5,000.00 | $5,000.00 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $1,581.00 | $1,581.00 | $1,581.00 |
| Fees, United States Trustee | 2950-000 | $0.00 | $0.00 | $650.00 | $650.00 |
| Bond Payments - International Sureties LTD | 2300-000 | NA | $0.00 | $419.33 | $419.33 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $3,422.09 | $3,422.09 | $3,422.09 |
| Banking and Technology Service Fee - United Bank | 2600-000 | NA | $217.86 | $217.86 | $217.86 |
| Other State or Local Taxes (post-petition) - Hitchcock Title Company | 2820-000 | NA | $7,713.94 | $7,713.94 | $7,713.94 |
| Other State or Local Taxes (post-petition) - Hitchcok Title Company | 2820-000 | NA | $9,574.82 | $9,574.82 | $9,574.82 |
| Other State or Local Taxes (post-petition) - Tennessee Department of Revenue | 2820-000 | NA | $200.00 | $200.00 | $200.00 |
| Other State or Local Taxes (post-petition) - TN Dept of Revenue c/o TN Attorney General's Office Bankruptcy Division | 2820-000 | NA | $256.27 | $256.27 | $256.27 |
| Accountant for Trustee Fees (Other Firm) - W. Roger Fitch CPA | 3410-000 | NA | $78,786.25 | $78,786.25 | $78,786.25 |
| Accountant for Trustee Expenses (Other Firm) - W. Roger Fitch CPA | 3420-000 | NA | $2,179.04 | $2,179.04 | $2,179.04 |
| Other Professional Fees - Hitchcock Title Company | 3991-000 | NA | $570.00 | $570.00 | $570.00 |
| Other Professional Fees - Hitchcok Title Company | 3991-000 | NA | $285.00 | $285.00 | $285.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $294,464.94 | $295,534.27 | $295,534.27 |

**UST Form 101-7-TDR ( 10 /1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3-2 | Hamilton County Trustee | 5800-000 | $4,000.00 | $3,717.70 | $3,717.70 | $3,717.70 |
| 4-2 | Hamilton County Trustee Attn: Bankruptcy Dept. | 5800-000 | $5,000.00 | $4,772.88 | $4,772.88 | $4,772.88 |
| 5-2 | Hamilton County Trustee Attn: Bankruptcy Dept. | 5800-000 | $8,359.00 | $8,869.86 | $8,869.86 | $8,869.86 |
| 8P | INTERNAL REVENUE SERVICE, CIO | 5800-000 | $1,100.00 | $1,099.49 | $1,099.49 | $1,099.49 |
| 10 | TN DEPT. OF REVENUE TN ATTY GEN.'S OFFICE, BANKR DIVISION | 5800-000 | $0.00 | $3,374.55 | $3,374.55 | $3,374.55 |
| 11-2 | TN DEPT. OF REVENUE TN ATTY GEN.'S OFFICE, BANKR DIVISION | 5800-000 | NA | $392.99 | $392.99 | $392.99 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$18,459.00** | **$22,227.47** | **$22,227.47** | **$22,227.47** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-2 | On Deck Capital, Inc. c/o Aubrey Law Firm, PC | 7100-000 | $185,953.00 | $185,953.48 | $185,953.48 | $2,207.38 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | $7,279.00 | $13,717.72 | $13,717.72 | $162.84 |
| 8U | INTERNAL REVENUE SERVICE, CIO | 7100-000 | $1,200.00 | $1,200.00 | $1,200.00 | $14.24 |
| 9 | Helm US Corporation C/O Mayfield & Lester, Atty | 7100-000 | $10,500.00 | $10,477.60 | $10,477.60 | $124.38 |
| 13-2 | Ford Motor Credit Company LLC c/o Stone & Hinds, P.C. | 7100-000 | $15,500.00 | $14,979.01 | $14,979.01 | $177.81 |
| 14 | Haynsworth Sinkler Boyd, PA c/o Stanley H. McGuffin, Esq. | 7100-000 | $172,000.00 | $172,614.36 | $172,614.36 | $2,049.03 |
| 15 | McTron Technologies LLC Haynsworth Sinkler Boyd Attn: Stanley H. McGuffin, Esq. | 7100-000 | $535,000.00 | $535,227.31 | $535,227.31 | $6,353.46 |
| 16 -2 | GEORGIA PACIFIC | 7100-000 | $42,000.00 | $42,373.60 | $42,373.60 | $503.00 |
| 17-2 | AYERS INTERNATIONAL CORP ATTN: PAULA MARCUS | 7100-000 | $1,400,000.00 | $1,563,664.13 | $1,563,664.13 | $18,561.61 |
| 18U | Choice Financial, LLC | 7100-000 | $650,000.00 | $1,391,934.88 | $1,391,934.88 | $16,523.08 |
| 19-2 | Gregg and Dee Dee Juster Samples, Jennings, Clem & Fields, PLLC James A. Fields | 7100-000 | $148,000.00 | $1,124,149.30 | $1,124,149.30 | $13,344.31 |
| 20 -2 | MEJ Sales, LLC | 7100-000 | $0.00 | $1,577,155.27 | $1,367,111.77 | $16,228.42 |
| 21-2 | J. Clifton Price | 7100-000 | NA | $115,018.71 | $17,909.00 | $212.59 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 B | TN Dept of Env't and Conservation-Solid Waste Mgmt c/o TN Attorney General, Bankruptcy Div. | 7300-000 | $0.00 | $4,100.00 | $4,100.00 | $0.00 |
| 33A | TN Dept of Env't and Conservation-Solid Waste Mgmt c/o TN Attorney General, Bankruptcy Div. | 7100-000 | $4,062.00 | $4,483.18 | $4,483.18 | $53.22 |
| 36 | Kenneth Timothy Price & Pam Price | 7200-000 | NA | $96,255.83 | $96,255.83 | $0.00 |
| N/F | Fox Transport | 7100-000 | $8,025.00 | NA | NA | NA |
| N/F | IFS | 7100-000 | $106,000.00 | NA | NA | NA |
| N/F | Nelson, Nathan | 7100-000 | $36,000.00 | NA | NA | NA |
| N/F | Safety Kleen | 7100-000 | $6,200.00 | NA | NA | NA |
| N/F | Southeast Farmers Co-Op | 7100-000 | $31,340.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$3,359,059.00** | **$6,853,304.38** | **$6,546,151.17** | **$76,515.37** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 1:17-bk-12454-SDR  
**Case Name:** JAT SYSTEMS, INC.  
**For Period Ending:** 07/21/2021

**Trustee Name:** (620230) Douglas R. Johnson  
**Date Filed (f) or Converted (c):** 04/20/2018 (c)  
**§ 341(a) Meeting Date:** 05/16/2018  
**Claims Bar Date:** 08/15/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | Farmland - Warner Bridge Road, Shelbyville, TN C (See Footnote) | 566,100.00 | 92,974.00 | | 551,118.70 | FA |
| 2 | 2013 Ford Truck.<br>Ford Motor Credit<br>see Doc 41 | 20,600.00 | 0.00 | | 0.00 | FA |
| 3 | Box truck (non-functioning).<br>Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4 | Checking Account at First Volunteer Bank, xxxxxx<br>Imported from original petition Doc# 1 | 4,562.41 | 4,562.41 | | 0.00 | FA |
| 5 | Checking Account at Clayton Bank, xxxxxx2954<br>Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 6 | JATKO, LLC, 20% ownership, Valuation Method: Est<br>Jasper Industrial Park See Claim 34-1 | 750,000.00 | 674,746.96 | | 450,000.00 | FA |
| 7 | Tractor - Mihandra 5035.<br>Imported from original petition Doc# 1 | 22,000.00 | 22,000.00 | | 9,000.00 | FA |
| 8 | David Bellos Avoidance action (u) | 0.00 | 50,178.47 | | 30,000.00 | FA |
| 9 | Dorothy Thompson (u) | 0.00 | 12,000.00 | | 0.00 | FA |
| 10 | Nathan K. Nelson (u) | 0.00 | 15,000.00 | | 5,000.00 | FA |
| 11 | MeJ Sales, LLC (u) | 0.00 | 201,092.50 | | 0.00 | FA |
| 12 | Kenneth T. Price Avoidance Action (u) | 0.00 | 10,809.41 | | 0.00 | FA |
| 13 | Ashgan Products, LLC avoidance action (u) | 0.00 | 24,620.60 | | 0.00 | FA |
| 14 | Global Environmental avoidance action (u) | 0.00 | 7,580.95 | | 4,500.00 | FA |
| **14** | **Assets Totals (Excluding unknown values)** | **$1,364,362.41** | **$1,116,665.30** | | **$1,049,618.70** | **$0.00** |

RE PROP# 1    REPORT OF SALE Doc 215 Filed 12/20/18 Entered 12/20/18

**Major Activities Affecting Case Closing:**

       6.28.21 final checks cleared 6.11.21. TDR in process.

   12.29.20 TFR pending with UST.
TFR pending with UST

**Initial Projected Date Of Final Report (TFR):** 12/31/2019    **Current Projected Date Of Final Report (TFR):** 12/15/2020 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 1:17-bk-12454-SDR
**Case Name:** JAT SYSTEMS, INC.

**Trustee Name:** (620230) Douglas R. Johnson
**Date Filed (f) or Converted (c):** 04/20/2018 (c)
**§ 341(a) Meeting Date:** 05/16/2018

**For Period Ending:** 07/21/2021

**Claims Bar Date:** 08/15/2018

07/21/2021
Date

/s/Douglas R. Johnson
Douglas R. Johnson

UST Form 101-7-TDR ( 10 /1/2010)

| | | Form 2 | | | Exhibit 9 |
|---|---|---|---|---|---|
| | | **Cash Receipts And Disbursements Record** | | | Page: 1 |

| | | | | | |
|---|---|---|---|---|---|
| Case No.: | 1:17-bk-12454-SDR | Trustee Name: | Douglas R. Johnson (620230) | | |
| Case Name: | JAT SYSTEMS, INC. | Bank Name: | Mechanics Bank | | |
| Taxpayer ID #: | **-***6022 | Account #: | ******4800 Checking | | |
| For Period Ending: | 07/21/2021 | Blanket Bond (per case limit): | $11,621,418.00 | | |
| | | Separate Bond (if applicable): | N/A | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction / Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/20/18 | {6} | Jasper Industrial Park, LLC | JASPER INDUSTRIAL 20181120L1LFBV4C00 0096 — 1129-000 | 45,000.00 | | 45,000.00 |
| 12/19/18 | | Hitchcok Title Company | TRACT 3 ASSET #1 | 14,475.00 | | 59,475.00 |
| | {1} | Hitchcock Title Company | Sales Price - Tract 3, Asset 1   $319,057.20 — 1110-000 | | | |
| | | Potts Brothers Land and Auction, LLC | buyer's premium to auctioneer   -$29,005.20 — 3610-000 | | | |
| | | Potts Brothers Land and Auction, LLC | auction expenses   -$2,895.00 — 3620-000 | | | |
| | | | Other Fees   -$285.00 — 3991-000 | | | |
| | | FIRST BANK OF TENNESSEE | pay off mortgage   -$262,822.18 — 4110-000 | | | |
| | | | county taxes   -$9,574.82 — 2820-000 | | | |
| 12/19/18 | | Hitchcock Title Company | Tract 2 asset #1 | 6,672.50 | | 66,147.50 |
| | | FIRST BANK OF TENNESSEE | pay off mortgage   -$120,534.90 — 4110-000 | | | |
| | {1} | Hitchcock Title Company | Sales Price - Tract 2 Asset 1   $147,119.50 — 1110-000 | | | |
| | | Potts Brothers Land and Auction, LLC | Auction Expenses   -$1,334.50 — 3620-000 | | | |
| | | | County Taxes   -$4,918.10 — 2820-000 | | | |
| | | | Other Fees   -$285.00 — 3991-000 | | | |
| | | Potts Brothers Land and Auction, LLC | Buyer's Premium to Auctioneer   -$13,374.50 — 3610-000 | | | |
| 12/19/18 | | Hitchcock Title Company | Tract 1 Asset 1 | 3,852.50 | | 70,000.00 |
| | | Potts Brothers Land and Auction, LLC | Buyer's Premium to Auctioneer   -$7,722.00 — 3610-000 | | | |
| | | Potts Brothers Land and Auction, LLC | Auction Expenses   -$770.50 — 3620-000 | | | |
| | | | other fees re sale of property   -$285.00 — 3991-000 | | | |
| | | FIRST BANK OF TENNESSEE | pay off mortgage   -$69,516.16 — 4110-000 | | | |
| | | | County Taxes   -$2,795.84 — 2820-000 | | | |
| | {1} | Hitchcock Title Company | Sales Price - Tract 1 Asset 1   $84,942.00 — 1110-000 | | | |

Page Subtotals:   $70,000.00   $0.00

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2 — Exhibit 9

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 1:17-bk-12454-SDR | Trustee Name: | Douglas R. Johnson (620230) |
|---|---|---|---|
| Case Name: | JAT SYSTEMS, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6022 | Account #: | ******4800 Checking |
| For Period Ending: | 07/21/2021 | Blanket Bond (per case limit): | $11,621,418.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/27/18 | {6} | Jasper Industrial Park, LLC | JASPER INDUSTRIAL 20181227L1LFBV4C00 0157 | 1129-000 | 22,500.00 | | 92,500.00 |
| 12/28/18 | {6} | CHAMBLISS,BAHNER & STOPHEL, PC | CHAMBLISS,BAHNER &amp; 20181228B6B7HU4R00 7245 | 1129-000 | 382,500.00 | | 475,000.00 |
| 01/23/19 | 101 | Johnson & Mulroony, P.C. | pd per order at dkt 226 | | | 21,519.50 | 453,480.50 |
| | | Johnson & Mulroony, P.C. | $20,700.00 | 3110-000 | | | |
| | | Johnson & Mulroony, P.C. | $819.50 | 3120-000 | | | |
| 01/23/19 | 102 | W. Roger Fitch CPA | pd per order at dkt 225 | | | 6,606.75 | 446,873.75 |
| | | W. Roger Fitch CPA | $6,510.00 | 3410-000 | | | |
| | | W. Roger Fitch CPA | $96.75 | 3420-000 | | | |
| 02/25/19 | 103 | Choice Financial, LLC c/o Harry R. Cash, Esq. Grant, Konvalinka & Harrison, P.C. | pd per order at dkt 232 | 4210-000 | | 1,000.00 | 445,873.75 |
| 02/25/19 | 104 | Jasper Industrial Park, LLC Attn: Don Stansberry | pd per order at dkt 232 | 4210-000 | | 75,253.04 | 370,620.71 |
| 03/15/19 | 105 | International Sureties LTD | Bond# 016018003 Stopped on 04/01/2019 | 2300-005 | | 234.44 | 370,386.27 |
| 04/01/19 | 105 | International Sureties LTD | Bond# 016018003 Stopped: check issued on 03/15/2019 | 2300-005 | | -234.44 | 370,620.71 |
| 04/09/19 | 106 | International Sureties LTD | Bond# 016018003 | 2300-000 | | 234.44 | 370,386.27 |
| 05/23/19 | 107 | W. Roger Fitch CPA | pd per order at dkt 248 | | | 17,219.50 | 353,166.77 |
| | | W. Roger Fitch CPA | $16,660.00 | 3410-000 | | | |
| | | W. Roger Fitch CPA | $559.50 | 3420-000 | | | |
| 05/23/19 | 108 | Johnson & Mulroony, P.C. | pd per order at dkt 249 | | | 13,860.50 | 339,306.27 |
| | | Johnson & Mulroony, P.C. | $13,860.00 | 3110-000 | | | |
| | | Johnson & Mulroony, P.C. | $0.50 | 3120-000 | | | |
| 06/19/19 | {7} | Compass Auctions & Real Estate LLC | Tractor proceeds if approved | 1129-000 | 9,000.00 | | 348,306.27 |
| 07/10/19 | | Transfer Debit to United Bank acct ********5694 | Transition Debit to United Bank acct XXXXXXXX5694 | 9999-000 | | 348,306.27 | 0.00 |

|  |  | COLUMN TOTALS |  |  | 484,000.00 | 484,000.00 | $0.00 |
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | 348,306.27 | |
|  |  | Subtotal |  |  | 484,000.00 | 135,693.73 | |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 | |
|  |  | NET Receipts / Disbursements |  |  | $484,000.00 | $135,693.73 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| Case No.: | 1:17-bk-12454-SDR | Trustee Name: | Douglas R. Johnson (620230) |
|---|---|---|---|
| Case Name: | JAT SYSTEMS, INC. | Bank Name: | People's United Bank |
| Taxpayer ID #: | **-***6022 | Account #: | ********5694 Checking Account |
| For Period Ending: | 07/21/2021 | Blanket Bond (per case limit): | $11,621,418.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/10/19 | | Transfer Credit from Rabobank, N.A. acct ******4800 | Transition Credit from Rabobank, N.A. acct XXXXXX4800 | 9999-000 | 348,306.27 | | 348,306.27 |
| 07/24/19 | 1000 | Compass Auctions & Real Estate | commission for sale of tractor pd per order at 253 | 3610-000 | | 900.00 | 347,406.27 |
| 09/13/19 | 1001 | Tennessee Department of Revenue | Taxes TIN 571006022 | 2820-000 | | 100.00 | 347,306.27 |
| 09/24/19 | 1002 | W. Roger Fitch, CPA | pd per order at dkt 264 | | | 22,086.00 | 325,220.27 |
| | | W. Roger Fitch CPA | Accountant Fees $21,305.00 | 3410-000 | | | |
| | | W. Roger Fitch CPA | Accountant Expenses $781.00 | 3420-000 | | | |
| 09/24/19 | 1003 | Johnson & Mulroony, P.C. | pd per order at dkt 263 | | | 24,743.60 | 300,476.67 |
| | | Johnson & Mulroony, P.C. | attorney fees $24,730.00 | 3110-000 | | | |
| | | Johnson & Mulroony, P.C. | attorney expenses $13.60 | 3120-000 | | | |
| 10/21/19 | {14} | Global Envirotech | Avoidance Action Settlement | 1241-000 | 4,500.00 | | 304,976.67 |
| 01/22/20 | 1004 | Johnson & Mulroony, P.C. | pd per order at dkt 297 | 3110-000 | | 15,423.00 | 289,553.67 |
| 01/22/20 | 1005 | W. Roger Fitch, CPA | pd per order at dkt 296 | | | 16,777.55 | 272,776.12 |
| | | W. Roger Fitch CPA | accountant fees $16,397.50 | 3410-000 | | | |
| | | W. Roger Fitch CPA | accountant expenses $380.05 | 3420-000 | | | |
| 03/08/20 | 1006 | International Sureties LTD | Bond #016018003 Voided on 03/11/2020 | 2300-004 | | 374.54 | 272,401.58 |
| 03/11/20 | 1006 | International Sureties LTD | Bond #016018003 Voided: check issued on 03/08/2020 | 2300-004 | | -374.54 | 272,776.12 |
| 03/11/20 | 1007 | International Sureties LTD | Bond # 016018003 | 2300-000 | | 184.89 | 272,591.23 |
| 03/31/20 | | United Bank | Bank and Technology Services Fees | 2600-000 | | 217.86 | 272,373.37 |
| 04/01/20 | | Transfer Debit to United Bank acct XXXXXX5694 | Transition Debit to United Bank acct XXXXXX5694 | 9999-000 | | 272,373.37 | 0.00 |
| | | COLUMN TOTALS | | | 352,806.27 | 352,806.27 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 348,306.27 | 272,373.37 | |
| | | Subtotal | | | 4,500.00 | 80,432.90 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $4,500.00 | $80,432.90 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

| | Form 2 | | Exhibit 9 |
|---|---|---|---|
| | **Cash Receipts And Disbursements Record** | | Page: 4 |

| | | |
|---|---|---|
| **Case No.:** 1:17-bk-12454-SDR | **Trustee Name:** | Douglas R. Johnson (620230) |
| **Case Name:** JAT SYSTEMS, INC. | **Bank Name:** | People's United Bank |
| **Taxpayer ID #:** **-***6022 | **Account #:** | ******5694 Checking |
| **For Period Ending:** 07/21/2021 | **Blanket Bond (per case limit):** | $11,621,418.00 |
| | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/01/20 | | Transition Credit from United Bank acct XXXXXXXX5694 | Transition Credit from United Bank acct XXXXXXXX5694 | 9999-000 | 272,373.37 | | 272,373.37 |
| 04/22/20 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 272,373.37 | 0.00 |
| | | **COLUMN TOTALS** | | | 272,373.37 | 272,373.37 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 272,373.37 | 272,373.37 | |
| | | **Subtotal** | | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$0.00** | |

*{ } Asset Reference(s)*    UST Form 101-7-TDR ( 10 /1/2010)    *! - transaction has not been cleared*

| | | Form 2 | | | | Exhibit 9 |
| --- | --- | --- | --- | --- | --- | --- |
| | | Cash Receipts And Disbursements Record | | | | Page: 5 |

| Case No.: | 1:17-bk-12454-SDR | Trustee Name: | Douglas R. Johnson (620230) |
| --- | --- | --- | --- |
| Case Name: | JAT SYSTEMS, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6022 | Account #: | ******0433 Checking Account |
| For Period Ending: | 07/21/2021 | Blanket Bond (per case limit): | $11,621,418.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/22/20 | | Transfer Credit from United Bank acct XXXXXX5694 | Transition Credit from United Bank acct XXXXXX5694 | 9999-000 | 272,373.37 | | 272,373.37 |
| 04/24/20 | {10} | Nathan Nelson Construction, LLC | Per 9019 motion and order | 1241-000 | 5,000.00 | | 277,373.37 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 436.94 | 276,936.43 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 427.88 | 276,508.55 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 471.42 | 276,037.13 |
| 07/21/20 | 1000 | Johnson & Mulroony, P.C. | pd per order at dkt 322 | 3110-000 | | 10,583.00 | 265,454.13 |
| 07/21/20 | 1001 | W. Roger Fitch, CPA | pd per order at dkt 321 | | | 8,000.80 | 257,453.33 |
| | | W. Roger Fitch CPA | Accountant Fees  $7,760.00 | 3410-000 | | | |
| | | W. Roger Fitch CPA | Accountant Expenses  $240.80 | 3420-000 | | | |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 446.99 | 257,006.34 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 397.09 | 256,609.25 |
| 09/10/20 | 1002 | Tennessee Department of Revenue | Taxes  TIN 571006022 | 2820-000 | | 100.00 | 256,509.25 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 437.47 | 256,071.78 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 409.29 | 255,662.49 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 395.01 | 255,267.48 |
| 12/04/20 | {8} | Grant, Konvalinka & Harrison, PC | Bellos settlement proceeds | 1241-000 | 30,000.00 | | 285,267.48 |
| 12/07/20 | 1003 | W. Roger Fitch, CPA | pd per order at dkt 333 | | | 10,274.69 | 274,992.79 |
| | | W. Roger Fitch CPA | accountant fees  $10,153.75 | 3410-000 | | | |
| | | W. Roger Fitch CPA | accountant expenses  $120.94 | 3420-000 | | | |
| 12/07/20 | 1004 | Johnson & Mulroony, P.C. | pd per order at dkt 332 | 3110-000 | | 8,699.00 | 266,293.79 |
| 02/22/21 | 10001 | Douglas R. Johnson | Combined trustee compensation & expense dividend payments. | | | 38,848.37 | 227,445.42 |
| | | Douglas R. Johnson | Claims Distribution - Tue, 02-02-2021  $37,185.00 | 2100-000 | | | |
| | | Douglas R. Johnson | Claims Distribution - Tue, 02-02-2021  $1,663.37 | 2200-000 | | | |
| 02/22/21 | 10002 | UNITED STATES BANKRUPTCY COURT | JAT SYSTEMS, INC.17-12454Distribution payment - Dividend paid at 100.00% of $1,581.00; Claim # ; Filed: $1,581.00 | 2700-000 | | 1,581.00 | 225,864.42 |
| 02/22/21 | 10003 | Office of the U.S. Trustee (ADMINISTRATIVE) | JAT SYSTEMS, INC.17-12454Distribution payment - Dividend paid at 100.00% of $650.00; Claim # 32; Filed: $0.00 | 2950-000 | | 650.00 | 225,214.42 |
| | | | Page Subtotals: | | $307,373.37 | $82,158.95 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 6

| Case No.: | 1:17-bk-12454-SDR | Trustee Name: | Douglas R. Johnson (620230) |
|---|---|---|---|
| Case Name: | JAT SYSTEMS, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6022 | Account #: | ******0433 Checking Account |
| For Period Ending: | 07/21/2021 | Blanket Bond (per case limit): | $11,621,418.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/22/21 | 10004 | TN Dept of Revenue c/o TN Attorney General's Office Bankruptcy Division | JAT SYSTEMS, INC.17-12454Distribution payment - Dividend paid at 100.00% of $256.27; Claim # 35; Filed: $256.27 Stopped on 05/24/2021 | 2820-005 | | 256.27 | 224,958.15 |
| 02/22/21 | 10005 | INTERNAL REVENUE SERVICE, CIO | Combined dividend payments for Claim #8S, 8P, 8U | | | 127,329.04 | 97,629.11 |
| | | INTERNAL REVENUE SERVICE, CIO | Claims Distribution - Tue, 02-02-2021  $126,215.31 | 4110-000 | | | |
| | | INTERNAL REVENUE SERVICE, CIO | Claims Distribution - Tue, 02-02-2021  $1,099.49 | 5800-000 | | | |
| | | INTERNAL REVENUE SERVICE, CIO | Claims Distribution - Tue, 02-02-2021  $14.24 | 7100-000 | | | |
| 02/22/21 | 10006 | Hamilton County Trustee | JAT SYSTEMS, INC.17-12454Distribution payment - Dividend paid at 100.00% of $3,717.70; Claim # 3-2; Filed: $3,717.70 | 5800-000 | | 3,717.70 | 93,911.41 |
| 02/22/21 | 10007 | Hamilton County Trustee Attn: Bankruptcy Dept. | Combined dividend payments for Claim #4-2, 5-2 | | | 13,642.74 | 80,268.67 |
| | | Hamilton County Trustee Attn: Bankruptcy Dept. | Claims Distribution - Tue, 02-02-2021  $4,772.88 | 5800-000 | | | |
| | | Hamilton County Trustee Attn: Bankruptcy Dept. | Claims Distribution - Tue, 02-02-2021  $8,869.86 | 5800-000 | | | |
| 02/22/21 | 10008 | TN DEPT. OF REVENUE TN ATTY GEN.'S OFFICE, BANKR DIVISION | Combined dividend payments for Claim #10, 11-2 Stopped on 05/24/2021 | | | 3,767.54 | 76,501.13 |
| | | TN DEPT. OF REVENUE TN ATTY GEN.'S OFFICE, BANKR DIVISION | Claims Distribution - Tue, 02-02-2021  $3,374.55 | 5800-005 | | | |
| | | TN DEPT. OF REVENUE TN ATTY GEN.'S OFFICE, BANKR DIVISION | Claims Distribution - Tue, 02-02-2021  $392.99 | 5800-005 | | | |
| 02/22/21 | 10009 | On Deck Capital, Inc. c/o Aubrey Law Firm, PC | JAT SYSTEMS, INC.17-12454Distribution payment - Dividend paid at 1.19% of $185,953.48; Claim # 1-2; Filed: $185,953.48 | 7100-000 | | 2,207.38 | 74,293.75 |
| 02/22/21 | 10010 | Capital One Bank (USA), N.A. | JAT SYSTEMS, INC.17-12454Distribution payment - Dividend paid at 1.19% of $13,717.72; Claim # 6; Filed: $13,717.72 | 7100-000 | | 162.84 | 74,130.91 |
| 02/22/21 | 10011 | Helm US Corporation C/O Mayfield & Lester, Atty | JAT SYSTEMS, INC.17-12454Distribution payment - Dividend paid at 1.19% of $10,477.60; Claim # 9; Filed: $10,477.60 | 7100-000 | | 124.38 | 74,006.53 |

Page Subtotals:    $0.00    $151,207.89

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2     Exhibit 9

## Cash Receipts And Disbursements Record

Page: 7

| Case No.: | 1:17-bk-12454-SDR | Trustee Name: | Douglas R. Johnson (620230) |
| --- | --- | --- | --- |
| Case Name: | JAT SYSTEMS, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6022 | Account #: | ******0433 Checking Account |
| For Period Ending: | 07/21/2021 | Blanket Bond (per case limit): | $11,621,418.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/22/21 | 10012 | Ford Motor Credit Company LLC c/o Stone & Hinds, P.C. | JAT SYSTEMS, INC.17-12454Distribution payment - Dividend paid at 1.19% of $14,979.01; Claim # 13-2; Filed: $14,979.01 | 7100-000 | | 177.81 | 73,828.72 |
| 02/22/21 | 10013 | Haynsworth Sinkler Boyd, PA c/o Stanley H. McGuffin, Esq. | JAT SYSTEMS, INC.17-12454Distribution payment - Dividend paid at 1.19% of $172,614.36; Claim # 14; Filed: $172,614.36 | 7100-000 | | 2,049.03 | 71,779.69 |
| 02/22/21 | 10014 | McTron Technologies LLC Haynsworth Sinkler Boyd Attn: Stanley H. McGuffin, Esq. | JAT SYSTEMS, INC.17-12454Distribution payment - Dividend paid at 1.19% of $535,227.31; Claim # 15; Filed: $535,227.31 | 7100-000 | | 6,353.46 | 65,426.23 |
| 02/22/21 | 10015 | GEORGIA PACIFIC | JAT SYSTEMS, INC.17-12454Distribution payment - Dividend paid at 1.19% of $42,373.60; Claim # 16 -2; Filed: $42,373.60 | 7100-000 | | 503.00 | 64,923.23 |
| 02/22/21 | 10016 | AYERS INTERNATIONAL CORP ATTN: PAULA MARCUS | JAT SYSTEMS, INC.17-12454Distribution payment - Dividend paid at 1.19% of $1,563,664.13; Claim # 17-2; Filed: $1,563,664.13 | 7100-000 | | 18,561.61 | 46,361.62 |
| 02/22/21 | 10017 | Choice Financial, LLC | JAT SYSTEMS, INC.17-12454Distribution payment - Dividend paid at 1.19% of $1,391,934.88; Claim # 18U; Filed: $1,391,934.88 | 7100-000 | | 16,523.08 | 29,838.54 |
| 02/22/21 | 10018 | Gregg and Dee Dee Juster Samples, Jennings, Clem & Fields, PLLC James A. Fields | JAT SYSTEMS, INC.17-12454Distribution payment - Dividend paid at 1.19% of $1,124,149.30; Claim # 19-2; Filed: $1,124,149.30 | 7100-000 | | 13,344.31 | 16,494.23 |
| 02/22/21 | 10019 | MEJ Sales, LLC | JAT SYSTEMS, INC.17-12454Distribution payment - Dividend paid at 1.19% of $1,367,111.77; Claim # 20 -2; Filed: $1,577,155.27 | 7100-000 | | 16,228.42 | 265.81 |
| 02/22/21 | 10020 | J. Clifton Price | JAT SYSTEMS, INC.17-12454Distribution payment - Dividend paid at 1.19% of $17,909.00; Claim # 21-2; Filed: $115,018.71 | 7100-000 | | 212.59 | 53.22 |
| 02/22/21 | 10021 | TN Dept of Env't and Conservation-Solid Waste Mgmt c/o TN Attorney General, Bankruptcy Div. | JAT SYSTEMS, INC.17-12454Distribution payment - Dividend paid at 1.19% of $4,483.18; Claim # 33A; Filed: $4,483.18 | 7100-000 | | 53.22 | 0.00 |
| 05/24/21 | 10004 | TN Dept of Revenue c/o TN Attorney General's Office Bankruptcy Division | JAT SYSTEMS, INC.17-12454Distribution payment - Dividend paid at 100.00% of $256.27; Claim # 35; Filed: $256.27 Stopped: check issued on 02/22/2021 | 2820-005 | | -256.27 | 256.27 |
| 05/24/21 | 10008 | TN DEPT. OF REVENUE TN ATTY GEN.'S OFFICE, BANKR DIVISION | Combined dividend payments for Claim #10, 11-2 Stopped: check issued on 02/22/2021 | | | -3,767.54 | 4,023.81 |
| | | TN DEPT. OF REVENUE TN ATTY GEN.'S OFFICE, BANKR DIVISION | Claims Distribution - Tue, 02-02-2021    $3,374.55 | 5800-005 | | | |

Page Subtotals:    $0.00    $69,982.72

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2 | Exhibit 9
## Cash Receipts And Disbursements Record
Page: 8

| Case No.: | 1:17-bk-12454-SDR | Trustee Name: | Douglas R. Johnson (620230) |
|---|---|---|---|
| Case Name: | JAT SYSTEMS, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6022 | Account #: | ******0433 Checking Account |
| For Period Ending: | 07/21/2021 | Blanket Bond (per case limit): | $11,621,418.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | TN DEPT. OF REVENUE TN ATTY GEN.'S OFFICE, BANKR DIVISION | Claims Distribution - Tue, 02-02-2021 $392.99 | 5800-005 | | | |
| 05/25/21 | 10022 | TN Dept of Revenue c/o TN Attorney General's Office Bankruptcy Division | JAT SYSTEMS, INC.17-12454Distribution payment - Dividend paid at 100.00% of $256.27; Claim # 35; Filed: $256.27 | 2820-000 | | 256.27 | 3,767.54 |
| 05/25/21 | 10023 | TN DEPT. OF REVENUE TN ATTY GEN.'S OFFICE, BANKR DIVISION | Combined dividend payments for Claim #10, 11-2 | | | 3,767.54 | 0.00 |
| | | TN DEPT. OF REVENUE TN ATTY GEN.'S OFFICE, BANKR DIVISION | Claims Distribution - Tue, 02-02-2021 $3,374.55 | 5800-000 | | | |
| | | TN DEPT. OF REVENUE TN ATTY GEN.'S OFFICE, BANKR DIVISION | Claims Distribution - Tue, 02-02-2021 $392.99 | 5800-000 | | | |

|  |  |  |  |
|---|---|---|---|
| **COLUMN TOTALS** | 307,373.37 | 307,373.37 | $0.00 |
| Less: Bank Transfers/CDs | 272,373.37 | 0.00 | |
| **Subtotal** | 35,000.00 | 307,373.37 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $35,000.00 | $307,373.37 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 9

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 1:17-bk-12454-SDR | **Trustee Name:** | Douglas R. Johnson (620230) | |
| **Case Name:** | JAT SYSTEMS, INC. | **Bank Name:** | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***6022 | **Account #:** | ******0433 Checking Account | |
| **For Period Ending:** | 07/21/2021 | **Blanket Bond (per case limit):** | $11,621,418.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******4800 Checking | $484,000.00 | $135,693.73 | $0.00 |
| ********5694 Checking Account | $4,500.00 | $80,432.90 | $0.00 |
| ******5694 Checking | $0.00 | $0.00 | $0.00 |
| ******0433 Checking Account | $35,000.00 | $307,373.37 | $0.00 |
| | **$523,500.00** | **$523,500.00** | **$0.00** |

| | |
|---|---|
| 07/21/2021 | /s/Douglas R. Johnson |
| Date | Douglas R. Johnson |

UST Form 101-7-TDR (10 /1/2010)